# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

__RICHARD FERRARI and WILLIAM BOHR__
        Plaintiff

V.

__VITAMIN SHOPPE, INC.__,
        Defendant

CIVIL ACTION

NO. __17-10475-GAO__

## JUDGMENT

__O'TOOLE__      D. J.

In accordance with the Court's Opinion and Order dated __March 31, 2022__ granting __defendant's__ motion for summary judgment (dkt. No. 134) in the above-entitled action, it is hereby ORDERED:

Judgment for the __defendant.__

        By the Court,

        /s/ Paul Lyness

__3/31/2022__
   Date         Deputy Clerk

(Judgment for SJ.wpd - 12/98)