# United States Court of Appeals
## For the First Circuit

---

No. 22-1332

RICHARD FERRARI, individually and on behalf of all others similarly situated; WILLIAM BOHR, individually and on behalf of all others similarly situated,

Plaintiffs, Appellants,

v.

VITAMIN SHOPPE INDUSTRIES LLC f/k/a Vitamin Shoppe Inc.,

Defendant, Appellee.

---

**JUDGMENT**

Entered: June 9, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The district court's judgment is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Erica C. Mirabella
Joseph J. Siprut
Charles E. Schaffer
Nick Suciu III
Mark Russell Sigmon
Andrea C. Kramer
Caroline E. Oks
Michael R. McDonald