# United States Court of Appeals
## For the First Circuit

No. 22-1332

RICHARD FERRARI, individually and on behalf of all others similarly situated; WILLIAM BOHR, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

v.

VITAMIN SHOPPE INDUSTRIES LLC, f/k/a Vitamin Shoppe, Inc.

Defendant - Appellee.

**MANDATE**

Entered: July 3, 2023

    In accordance with the judgment of June 9, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrea C. Kramer
Michael R. McDonald
Erica C. Mirabella
Caroline E. Oks
Charles E. Schaffer
Mark Russell Sigmon
Joseph J. Siprut
Nick Suciu III